■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SENEN MONTALVO, Appellant. [605 NYS2d 98] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered November 15, 1989, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress statements made by him to law enforcement authorities.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at trial in a light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Specifically, the People adduced proof, including, *inter alia,* statements by the defendant placing him at the murder scene as well as physical and forensic evidence, which established that the defendant killed Debra Miranda on July 7, 1987, by hitting her about the head with a blunt instrument, stabbing her repeatedly in the chest and abdomen, and setting fire to her body while she was still alive. In addition, we find that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Contrary to the defendant's arguments, the hearing court correctly determined that his statements were admissible since they were not the product of custodial interrogation, or were made following a knowing and voluntary waiver of his *Miranda* rights *(see, People v Yukl,* 25 NY2d 585, 589, *cert denied* 400 US 857; *People v Bailey,* 140 AD2d 356, 359; *People v Tineo,* 144 AD2d 507; *People v Giano,* 143 AD2d 1040).

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Sullivan, O'Brien and Ritter, JJ., concur.